| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| GAIL DOUGLAS, | § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 1:17-CV-113 |
| EDUCATION FIRST FEDERAL CREDIT UNION, | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This case is assigned to the Hon. Zack Hawthorn, United States Magistrate Judge, for pretrial management. On October 16, 2017, Judge Hawthorn entered a report (Doc. No. 19) recommending dismissal of this case for failure to prosecute under FED. R. CIV. P. 41(b) after Plaintiff Gail Douglas failed to participate in the Rule 26(f) Conference and failed to appear at the Case Management Conference on October 12, 2017. The Plaintiff received a copy of the report on October 19, 2017. (Doc. No. 20). No objections have been filed to the magistrate judge's report, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 19) is **ADOPTED**, and the case is dismissed without prejudice. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 3rd day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE